**Order filed May 9, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00019-CR

_____

## RICKEY ELLISON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 331st District Court**

**Travis County, Texas**

**Trial Court Cause No. D-1-DC-09-900320**

## O R D E R

This appeal has been unduly stalled due to the failure of Appellant's retained counsel, Alexander L. Calhoun, to file an appellate brief. The brief was originally due on December 31, 2012. On January 18, counsel filed a motion for extension, which this court granted and which extended the deadline to March 1, 2013. We

have had no further communication from counsel.  More than two months have passed since the extended deadline, and counsel has yet to file a brief.

By this order, Alexander L. Calhoun is ORDERED to file in this court a brief on behalf of Appellant on or before **May 24, 2013**.

PER CURIAM

May 9, 2013

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.